IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE STRIPES, LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>LOUIS VIRAG,<br><br>     Defendant.<br>_____/ | No. C 09-01133 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |

This matter is set for a hearing on May 15, 2008 on Defendant Louis Virag's motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 21, 2009 and a reply brief shall be filed by no later than April 28, 2009.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: April 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE