1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   INVISIBLE STRIPES, LLC,

10          Plaintiff,                          No. C 09-01133 JSW

11   v.

12   LOUIS VIRAG,                               **ORDER VACATING HEARING
                                                ON MOTION TO DISMISS**
13          Defendant.
                                      /
14

15          Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss, or in the

16   alternative, to transfer which has been noticed for hearing on Friday, May 15, 2009 at 9:00 a.m.,

17   is appropriate for decision without oral argument.  Accordingly, the hearing date is hereby

18   VACATED.  The motion will be taken under submission and decided on the papers.

19

20          **IT IS SO ORDERED.**

21

22   Dated: May 11, 2009                        _____
                                                JEFFREY S. WHITE
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

**United States District Court**
For the Northern District of California