**United States District Court**
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    INVISIBLE STRIPES, LLC,
10            Plaintiff,                          No. C 09-01133 JSW
11       v.
12   LOUIS VIRAG,                                 **ORDER OF REFERRAL TO**
                                                  **MAGISTRATE JUDGE FOR ALL**
13            Defendant.                          **PURPOSES**
     _____/
14
15          Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above-
16   captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge, with the
17   exception of Magistrate Judges Lloyd and Zimmerman, for all purposes.
18          **IT IS SO ORDERED.**
19
20   Dated:    September 4, 2009        _____
21                                      JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE
22
23
24
25   cc: Wings Hom
26
27
28