UNITED STATES DISTRICT COURT

Northern District of California

INVISIBLE STRIPES

           Plaintiff(s),            No. C 09-01133 MEJ

  v.

LOUIS VIRAG                           **NOTICE OF REASSIGNMENT**

           Defendant(s).            **ORDER SCHEDULING CMC**

_____/

      This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment. All future filings shall reflect the initials "MEJ" after the case number, as designated above. When filing papers that require the Court to take any action, the parties shall lodge chambers copies by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with "Magistrate Judge James," the case number and "E-Filing Chambers Copy."

      The Court shall conduct a case management conference on October 22, 2009 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file an updated joint case management statement by October 15, 2009.

      **IT IS SO ORDERED.**

Dated: September 17, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge