Paul Caleo, State Bar No. 153925
Ronnie R. Gipson, Jr., CASB# 237673
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:   (510) 444-6800
Facsimile:    (510) 835-6666
Email:         pcaleo@burnhambrown.com
                  rgipson@burnhambrown.com

Attorneys for Plaintiff
INVISIBLE STRIPES, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE STRIPES, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>LOUIS VIRAG,<br><br>            Defendant. | No. CV 09-01133 MEJ<br><br>**NOTICE OF PROVISIONAL SETTLEMENT AND REQUEST FOR SUSPENSION OF DEADLINES; & [PROPOSED] ORDER**<br><br>**Complaint Filed March 16, 2009** |

The parties, through their attorneys of record, hereby notify the Court that they have reached a provisional settlement of this action.  The parties are in the process of finalizing the settlement and request that all deadlines in the case be stayed for a period of ninety (90) days to allow them to finalize their settlement.

Dated:  October 13, 2009                              BURNHAM BROWN

                                                                        By: /s/ Ronnie R. Gipson, Jr.
                                                                                Ronnie R. Gipson Jr.
                                                                                Attorneys for Plaintiff
                                                                                INVISIBLE STRIPES, LLC

| | |
|---|---|
| Dated: October 13, 2009 | CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN |
| | By: /s/John D. Minton |
| | John D. Minton |
| | Attorneys for Defendant |
| | LOUIS VIRAG |

Filer's Attestation:  Pursuant to General Order No. 45, § X(B), I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated:  October 13, 2009

    /s/ Ronnie R. Gipson, Jr.
Ronnie R. Gipson Jr.

# ~~[PROPOSED]~~ ORDER

Pursuant to the parties' notice of provisional settlement, all deadlines in this action are stayed for ninety (90) days.  The parties shall provide a joint status report no later than December 21, 2009, if no request for dismissal has been filed before then.

**IT IS SO ORDERED.**

Dated: October 13, 2009        _____
                                                          UNITED STATES MAG. JUDGE

970913