| | |
|---|---|
| 1 | Paul Caleo, State Bar No. 153925 |
| | Ronnie R. Gipson, Jr., CASB# 237673 |
| 2 | BURNHAM BROWN |
| | A Professional Law Corporation |
| 3 | P.O. Box 119 |
| | Oakland, California 94604 |
| 4 | |
| | 1901 Harrison Street, 11th Floor |
| 5 | Oakland, California  94612 |
| | Telephone:    (510) 444-6800 |
| 6 | Facsimile:    (510) 835-6666 |
| | Email:    pcaleo@burnhambrown.com |
| 7 | rgipson@burnhambrown.com |
| 8 | Attorneys for Plaintiff |
| | INVISIBLE STRIPES, LLC |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE STRIPES, LLC, | No. CV 09-01133 MEJ |
| Plaintiff, | STIPULATED DISMISSAL OF ALL REMAINING CLAIMS, WITH PREJUDICE |
| v. | |
| LOUIS VIRAG, | **Complaint Filed March 16, 2009** |
| Defendant. | |

WHEREFORE, the parties hereto having informed the Court that all claims herein, by and against all parties hereto, have been fully compromised and

Pursuant to FRCP Rule 41, the parties hereto having requested that the case, and all remaining claims and actions theren, be dismiss, with prejudice, it is therefore,

ORDERED that all remaining claims and actions shall be, and the same hereby are, dismissed, with prejudice, each party to bear its own costs.

It is so ORDERED this __8th__ day of __December__, 2009, at San Francisco, California.

_____
UNITED STATES DISTRICT JUDGE

1
STIPULATED DISMISSAL OF ALL REMAINING CLAIMS, WITH PREJUDICE    No. C 09-01133 JSW

We hereby request and consent to the entry of the foregoing Dismissal, with Prejudice.

DATED: December 7, 2009                BURNHAM BROWN

By  /s/ Ronnie R. Gipson, Jr.
RONNIE R. GIPSON, JR.
Attorneys for Plaintiff
INVISIBLE STRIPES, LLC


DATED: December 7, 2009                CARR MCCLELLAN INGERSOLL
THOMPSON & HORN


By  /s/ John D. Minton
JOHN D. MINTON
Attorneys for Defendant
LOUIS VIRAG


CERTIFICATION OF SIGNATURES

I attest that the content of the document is acceptable to all persons requried to sign the document.

/s/ Ronnie R. Gipson, Jr.
RONNIE R. GIPSON, JR.

977470